** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| November 29, 2017 2:57:13 PM PST | | 118 | 5 | Received |

# GILLASPEY & GILLASPEY

ATTORNEYS AT LAW

BRUCE N. GILLASPEY, ESQ.
LTC USA JAGC [DEC]
1917 - 1971

STEELE N. GILLASPEY, ESQ.
sng@g-glaw.com

**THE NBC TOWER**
**225 BROADWAY, SUITE 2220**
**SAN DIEGO, CALIFORNIA 92101**
TEL: 619.234.3700
FAX: 619.234.1331

200 WEST ADAMS STREET
SUITE 1900
CHICAGO. ILLINOIS 60606

# FAX COVER PAGE

TO:     Ms. Hannah Jiam

FAX:    903 935 2295

DT:     November 29, 2017

RE:     Virtual v Land

**MESSAGE**: Attached please find a copy of the confidential correspondence to Land as instructed by the Honorable Court.

Thank you.

**CONFIDENTIAL/PRIVILEGED**: This facsimile transmission is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client matter and as such privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately and destroy the original message. Thank you.

GILLASPEY & GILLASPEY
The NBC Tower
225 Broadway, Suite 2220
San Diego, California 92101



CERTIFIED MAIL

7017 2400 0000 4006 0230

LAND AIR SEA SYSTEMS
2040 Dillard Court
Woodstock, Illinois   60098

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LAMAR-SEA
2040 Swann Cl
Woodstock, IL 60098

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 3367 7227 7739 61

2. Article Number (Transfer from service label)

7017 2400 000 4006 0230

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# GILLASPEY & GILLASPEY

ATTORNEYS AT LAW

BRUCE N. GILLASPEY, ESQ.
USAJAGC [RET]
1917 - 1971

STEELE N. GILLASPEY, ESQ.
sng@g-glaw.com

THE NBC TOWER
225 BROADWAY, SUITE 2220
SAN DIEGO, CALIFORNIA 92101
TEL: 619.234.3700
FAX: 619.234.1331

200 WEST ADAMS STREET
SUITE 1900
CHICAGO, ILLINOIS 60606

November 29, 2017

VIA REGISTERED MAIL
7017 2400 0000 4006 0230

ATTORNEY CLIENT COMMUNICATION

LAND AIR SEA SYSTEMS
2040 Dillard Court
Woodstock, Illinois  60098

         RE:    *Virtual v Land*
                 Removal of Counsel

Dear Rob:

This correspondence is to advise you that the Court has removed me as counsel in this case.

The Court has stayed case proceedings to permit you to retain new counsel for the proceedings.

The Court has provided you with thirty [30] days in which to secure such new counsel and for that counsel to advise the Court of his or her retention.

Very truly yours,

STEELE N. GILLASPEY

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☑ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark Here    11/29/17

Postage
$

Total Postage and Fees
$  6.56

Sent To    LAS

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

# GILLASPEY & GILLASPEY

ATTORNEYS AT LAW

BRUCE N. GILLASPEY, ESQ.
LIC USA JAGC [ppc]
1917-1971

STEELE N. GILLASPEY, ESQ.
sng@g-glaw.com

**THE NBC TOWER**
**225 BROADWAY, SUITE 2220**
**SAN DIEGO, CALIFORNIA 92101**
TEL: 619.234.3700
FAX: 619.234.1331

200 WEST ADAMS STREET
SUITE 1900
CHICAGO, ILLINOIS 60606

November 29, 2017

VIA REGISTERED MAIL
7017 2400 0000 4006 0230

ATTORNEY CLIENT COMMUNICATION

LAND AIR SEA SYSTEMS
2040 Dillard Court
Woodstock, Illinois  60098

RE: *Virtual v Land*
Removal of Counsel

Dear Rob:

This correspondence is to advise you that the Court has removed me as counsel in this case.

The Court has stayed case proceedings to permit you to retain new counsel for the proceedings.

The Court has provided you with thirty [30] days in which to secure such new counsel and for that counsel to advise the Court of his or her retention.

Very truly yours,

STEELE N. GILLASPEY

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $_____
☑ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required       $_____
☐ Adult Signature Restricted Delivery $_____

Postmark
Here
11/29/17

Postage
$
Total Postage and Fees
$ 6.56
Sent To  LAS
Street and Apt. No., or PO Box No.